UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| AMY SCHINDLER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 1:20-cv-00232-HAB-SLC |
| PARKVIEW HOSPITAL, INC., | ) ) ) |
| Defendants. | ) |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff Amy Schindler, by counsel, and Defendant Parkview Hospital, Inc., by counsel, pursuant to Rule 41 of the Federal Rules of Civil Procedure, stipulate and agree that the cause of action alleged in Plaintiff's Complaint should be dismissed with prejudice. The parties further stipulate and agree that no motion for costs and/or attorneys' fees will be brought by Plaintiff or Defendant with regard to the claims now dismissed herein.

Respectfully submitted,

**LAW OFFICE OF JENNIFER L. HITCHCOCK**

/s/Jennifer L. Hitchcock
Jennifer L. Hitchcock, #34635-02
116 E. Berry Street, Suite 625
Fort Wayne, IN 46802
(260) 240-4644
Attorney for Plaintiff

/s/Robert D. Moreland
Robert D. Moreland, #14310-02
PO Box 362
Angola, IN 46703
(260) 527-4800
Attorney for Defendant